DAYTON BAR ASSOCIATION *v.* SUSCO.

[Cite as *Dayton Bar Assn. v. Susco* (2000), 89 Ohio St.3d 79.]

(No. 99–2263—Submitted February 9, 2000—Decided May 24, 2000.)

80

David P. Williamson, for relator.

Kegler, Brown, Hill & Ritter and Geoffrey Stern, for respondent.

---

**Per Curiam.** We adopt the findings, conclusion, and recommendation of the board. Respondent is hereby publicly reprimanded. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.